UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LESHAWN YOUNG,

        Plaintiff,

- against -

RAINBOW USA INC.,

        Defendant.

---

25-cv-658 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **April 24, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            January 24, 2025

                                              _____
                                              John G. Koeltl
                                        United States District Judge