# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

April 25, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: Time to restore the Case to the calendar extended to May 23, 2025. No further extensions. So Ordered. 4/28/25 /s/ John G. Koeltl/ U.S.D.J.]*

**Re:**    *Young v. Rainbow Usa Inc.*
Case No.: 1:25-cv-658

Dear Judge Koeltl,

The undersigned represents Leshawn Young, ("Plaintiff") in the above referenced matter against Defendant, Rainbow Usa Inc. ("Defendant"). In light of Your Honor's Order on March 13, 2025 (Dkt. 8), we respectfully request that Your Honor grant an extension of thirty (30) days in order for the Settlement Agreement to be consummated. The undersigned anticipated the agreement would be consummated by Your Honor's deadline and sincerely apologizes for the delay. The undersigned is confident that this extension will allow ample time to consummate the agreement within the next 30 days.

We appreciate this Court's and Your Honor's time and attention to this matter. Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

**GOTTLIEB & ASSOCIATES PLLC**

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

cc: all counsel of record VIA ECF